# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

2019 ND 118

In the Interest of F.M.G.

Eduardo P. Yabut, MD,                                    Petitioner and Appellee

v.

F.M.G.,                                                  Respondent and Appellant

No. 20190097

Appeal from the District Court of Stutsman County, Southeast Judicial District, the Honorable Daniel D. Narum, Judge.

AFFIRMED.

Per Curiam.

Leo A. Ryan, State's Attorney, Jamestown, ND, for petitioner and appellee; on brief.

Andrew Marquart, Fargo, ND, for respondent and appellant; submitted on brief.

# Interest of F.M.G.

## No. 20190097

**Per Curiam.**

[¶1]    F.M.G. appeals from the district court's continuing treatment order.  F.M.G. argues there is not clear and convincing evidence she is mentally ill and a person requiring continued treatment.  We summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶2]    Gerald W. VandeWalle, C.J.
Lisa Fair McEvers
Daniel J. Crothers
Jerod E. Tufte
Jon J. Jensen